UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:   Case No. 18-15195-PDR
Chapter 13

ANTHONY LEE JORDAN
KERRI LYNN JORDAN
　　　　　Debtors      /

## DEBTORS' MOTION TO MODIFY PLAN

The Debtors, ANTHONY LEE JORDAN and KERRI LYNN JORDAN, by and through undersigned counsel, move this Court to allow Debtors to modify the confirmed Third Amended Chapter 13 Plan, and for the Court to confirm the First Modified Chapter 13 Plan and in support thereof state as follows:

1. On September 13, 2018, the Court entered an Order Confirming Chapter 13 Plan (DE #46) approving the Third Amended Chapter 13 Plan (the "Plan"; DE #36).

2. On October 13, 2020, the Debtors filed a Motion to Purchase Homestead Property and Incur Secured Debt (DE #55), of which the combined source of the down payment is the Debtors' savings and government stimulus funds pursuant to the Coronavirus Aid, Relief, and Economic Security (CARES) Act.

3. The proposed First Modified Chapter 13 Plan offers a good faith increase to the unsecured creditors in an attempt to resolve any concerns raised by the Trustee regarding treatment of the unsecured creditors.

4. The Debtors are able to fund the proposed First Modified Chapter 13 Plan.

WHEREFORE, the Debtors respectfully request that this Honorable Court enter an Order allowing the Debtors to modify the confirmed Third Amended Chapter 13 Plan, and confirm the First Modified Chapter 13 Plan, and for whatever further relief the Court deems just and

appropriate under the circumstances.

      Respectfully submitted on this 17th day of November, 2020.

      **VAN HORN LAW GROUP, P.A.**
      330 N. Andrews Ave., Suite 450
      Fort Lauderdale, Florida 33301
      (954) 765-3166
      (954) 756-7103 (facsimile)
      Chad@cvhlawgroup.com
      By: /s/ Chad T. Van Horn, Esq.
      Chad T. Van Horn, Esq.
      FL Bar 64500