**Modification Ledger**                                                                      Date: November 17, 2020

**Debtors(s):** Anthony Lee Jordan & Kerri Lynn Jordan                                       Case No.: 18-15195-PDR

| | | | | |
|---|---|---|---|---|
| Petition Filed: | Mon, Apr 30, 2018 | Attorney Name: | | Chad T. Van Horn, Esquire |
| Date Confirmed: | Wed, Sep 05, 2018 | Atty. Fee in Plan: | | $4,550.00 |
| Receipts Less Refunds: | $27,307.50 | Atty. Arrears Amt.: | | $0.00 |
| Balance on Hand: | $730.59 | Atty. Paid to Date: | | $4,550.00 |

| Creditor Name | Type | Claim Amt. | Prin. Owed | Prin. Paid | Mo. Pymt. |
|---|---|---|---|---|---|
| Amanda Duffy, Esquire | N | $0.00 | $0.00 | $0.00 | $0.00 |
| American Credit Acceptance | V | $13,274.40 | $6,694.51 | $6,579.89 | $221.24 |
| American Medical Coll Agency | U | $0.00 | $0.00 | $0.00 | $0.00 |
| American Medical Coll Agency | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Americollect Inc | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Americollect Inc | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Americollect Inc | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Americollect, Inc. | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Americollect, Inc. | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Americollect, Inc. | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Americollect, Inc. | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Ars Account Resolution | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Ars Account Resolution | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Ars Account Resolution | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Ars Account Resolution | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Ars Account Resolution | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Ars Account Resolution | U | $0.00 | $0.00 | $0.00 | $0.00 |
| B&G Motorsports | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Boca Mri | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Boca Raton Regional Hospital | U | $1,502.00 | $171.55 | $83.79 | $0.00 |
| Boca Regional Hospital | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Bureau of Administrative Reviews | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Business Revnue System | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Calvalry SPV I, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Capio Partners, LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Capital One | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Cavalry SPV I, LLC | U | $2,452.56 | $280.12 | $136.82 | $0.00 |
| Cbe Group | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Collection Information Bureau | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Credence Resource Mana | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Credit One Bank | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Credit Service Intl Co | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Credit Systems, Inc | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Credit Systems, Inc | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Direct TV | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Directv, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Directv, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Directv, LLC | U | $744.75 | $85.07 | $41.54 | $0.00 |
| Diversified Consultants | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Elite Imaging, LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Enhanced Recovery | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Enhanced Recovery | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Fergus Falls Optometric Center | U | $356.59 | $40.73 | $19.89 | $0.00 |
| Finance Systems Of Ric | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Finance Systems Of Ric | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Finance Systems Of Ric | U | $0.00 | $0.00 | $0.00 | $0.00 |

**Modification Ledger**　　　　　　　　　　　　　　　　　　　　　　　　　Date: November 17, 2020

**Debtors(s):** Anthony Lee Jordan & Kerri Lynn Jordan　　　　　　　　Case No.: 18-15195-PDR

| | | | |
|---|---|---|---|
| Petition Filed: | Mon, Apr 30, 2018 | Attorney Name: | Chad T. Van Horn, Esquire |
| Date Confirmed: | Wed, Sep 05, 2018 | Atty. Fee in Plan: | $4,550.00 |
| Receipts Less Refunds: | $27,307.50 | Atty. Arrears Amt.: | $0.00 |
| Balance on Hand: | $730.59 | Atty. Paid to Date: | $4,550.00 |

| Creditor Name | Type | Claim Amt. | Prin. Owed | Prin. Paid | Mo. Pymt. |
|---|---|---|---|---|---|
| First Fed Credit Collection Agency | U | $0.00 | $0.00 | $0.00 | $0.00 |
| First Fed Credit Collection Agency | U | $0.00 | $0.00 | $0.00 | $0.00 |
| First Fed Credit Collection Agency | U | $0.00 | $0.00 | $0.00 | $0.00 |
| First Fed Credit Collection Agency | U | $0.00 | $0.00 | $0.00 | $0.00 |
| First Fed Credit Collection Agency | U | $0.00 | $0.00 | $0.00 | $0.00 |
| First Fed Credit Collection Agency | U | $0.00 | $0.00 | $0.00 | $0.00 |
| First Fed Credit Collection Agency | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Geico Indemnity Co | O | $0.00 | $0.00 | $0.00 | $0.00 |
| Glades Medical Group | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Harley Davdison Credit | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Harley-Davidson Credit Corp | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Harley-Davidson Credit Corp. | U | $5,172.44 | $590.75 | $288.56 | $0.00 |
| Harley-Davidson Credit Corp. | V | $13,478.40 | $6,797.39 | $6,681.01 | $224.64 |
| Hayt, Hayt & Landau, PL | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Hiday & Ricke. P.A. | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Jeanette D Smith | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Jefferson Capital Systems LLC | U | $522.20 | $59.64 | $29.13 | $0.00 |
| Jefferson Capital Systems, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Lvnv Funding, LLC | U | $519.10 | $59.29 | $28.96 | $0.00 |
| Matco Tools | S | $10,797.00 | $5,445.11 | $5,351.89 | $179.95 |
| Matco Tools | U | $1,627.20 | $185.85 | $90.77 | $0.00 |
| Midland Funding, LLC | U | $2,381.57 | $272.01 | $132.86 | $0.00 |
| Mri Radiology Network | U | $0.00 | $0.00 | $0.00 | $0.00 |
| North Broward Hospital District | N | $0.00 | $0.00 | $0.00 | $0.00 |
| North Broward Radiologists | U | $2,067.00 | $236.08 | $115.31 | $0.00 |
| Northland Group, INC. | U | $0.00 | $0.00 | $0.00 | $0.00 |
| One Advantage, LLC | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Phoenix Financial Service | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Pinnacle Credit Services, LLC | U | $852.88 | $97.41 | $47.58 | $0.00 |
| Pinnacle LLC/Resurgent | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Pnix Rec Grp | U | $0.00 | $0.00 | $0.00 | $0.00 |
| Portfolio Recovery Associates, LLC | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Portfolio Recovery Associates, LLC | U | $2,939.28 | $335.71 | $163.97 | $0.00 |
| Portfolio Recovery Associates, LLC | U | $3,569.80 | $407.72 | $199.15 | $0.00 |
| Source Receivables Management | U | $0.00 | $0.00 | $0.00 | $0.00 |
| State Farm Insurane, Co | U | $0.00 | $0.00 | $0.00 | $0.00 |
| State Farm Mutual Automobile Insurance Compa | U | $8,141.57 | $929.87 | $454.20 | $0.00 |
| Synchrony Bank | N | $0.00 | $0.00 | $0.00 | $0.00 |
| Westside Regional Medical Center | U | $250.00 | $28.56 | $13.94 | $0.00 |
| Westside Regional Medical Center | U | $250.00 | $28.56 | $13.94 | $0.00 |